UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8435-BER

UNITED STATES of AMERICA V.

FREDY AURELIANO MORALES-RAMIREZ,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? NO

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? NO

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
Brian D. Ralston
Assistant United States Attorney
Court ID No.: A5502727
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 820-8711
Email: Brian.Ralston@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>FREDY AURELIANO MORALES-RAMIREZ,<br><br>*Defendant(s)* | Case No. 25-mj-8435-BER |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 13, 2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1) & (b) | Forcibly assaulting a Federal Officer and inflicting bodily injury |

FILED BY ____TM____ D.C.

Aug 15, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer Andy Korzen, ICE
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone (Facetime)__

Date: _____

Digitally signed by Bruce Reinhart
Date: 2025.08.15 14:14:04 -04'00'

*Judge's signature*

City and state: __West Palm Beach, Florida__    __Bruce E. Reinhart United States Magistrate Judge__
*Printed name and title*

# AFFIDAVIT
# OF
# ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer (DO) with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Fredy Aureliano MORALES-RAMIREZ committed the offense of forcibly assaulting a Federal Officer and inflicting bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

3. On or about August 13, 2025, ICE DOs were executing an arrest warrant for Fredy Aureliano MORALES-RAMIREZ, an alien who was previously ordered removed from the United States, at 816 North E Street, Apartment D, Lake Worth Beach, Florida 33460. At approximately 6:45 a.m., an officer observed an individual that was matching the photographic depiction of Fredy Aureliano MORALES-RAMIREZ and believed to be the person he was looking for exiting the residence together with an unknown female and entering the driver-side front door of the blue Jeep that was

registered to him. The vehicle departed, both DOs followed the vehicle briefly, and conducted a vehicle stop at 1400 block of Lucerne Avenue, in Lake Worth Beach, Florida using lights and sirens.

4. Both DOs approached the vehicle from the driver's side and identified themselves as officers with Department of Homeland Security. The driver confirmed his name as Fredy MORALES, a person for which an arrest warrant was issued. During the attempt to detain Fredy Aureliano MORALES-RAMIREZ, the second DO reached inside the vehicle to unlock the door, and Fredy Aureliano MORALES-RAMIREZ rolled up the window on the second DO's arm. The second DO was able to unlock the door before the window was fully closed.

5. Officers opened the vehicle door and attempted to take the subject into custody. Fredy Aureliano MORALES-RAMIREZ actively resisted by pulling away, grabbing at the officer's handcuffs, and refusing to exit the vehicle. Fredy Aureliano MORALES-RAMIREZ was given several verbal commands to exit the vehicle but refused. Fredy Aureliano MORALES-RAMIREZ attempted to put vehicle in drive, however due to the vehicle's open door and safety features, the engine revved several times, but the vehicle did not move.

6. Several more attempts were made to handcuff Fredy Aureliano MORALES-RAMIREZ, but he actively resisted by pushing the officer's arms and grabbing the handcuffs. Fredy Aureliano MORALES-RAMIREZ again attempted to put the vehicle in drive but failed due to the vehicle's safety feature. Due to his aggressive behavior and failure to follow officer's commands they were forced to use OC spray to gain control of the situation.

7. Fredy Aureliano MORALES-RAMIREZ remained combative, pushing at officers and refusing to exit the vehicle. Fredy Aureliano MORALES-RAMIREZ then attempted to flee on foot by exiting the vehicle through the passenger-side door. Officers pursued Fredy Aureliano MORALES-RAMIREZ and attempted to restrain him. Fredy Aureliano MORALES-RAMIREZ actively resisted, striking the officers on their arms and torso. At one point, Fredy Aureliano MORALES-RAMIREZ kneeled on the first DO's leg and wrapped his arms around his body and neck from behind. The second DO was able to physically remove Fredy Aureliano MORALES-RAMIREZ from his hold on the first DO and took him to the ground, where he continued to actively resist by hitting and pushing at officers.

8. During the struggle, Fredy Aureliano MORALES-RAMIREZ grabbed the second DO by the genitals and squeezed, prompting the officer to use strikes to compel him to release his grip. Officers were eventually able to get Fredy Aureliano MORALES-RAMIREZ on his stomach and restrain him with the handcuffs with the assistance from the Palm Beach County Sheriff's Office deputy who arrived at the scene at that time.

9. Fredy Aureliano MORALES-RAMIREZ was transported to Good Samaritan Medical Center, and after being medically cleared, was transported to ICE Office in Stuart, Florida.

10. At the Stuart ICE office, Fredy Aureliano MORALES-RAMIREZ's fingerprints were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to Fredy Aureliano MORALES-RAMIREZ, a citizen of Guatemala, who was previously ordered removed from the United States.

11. The first DO sustained contusions and abrasions to his left and right knees, abrasions to the right elbow and right wrist and multiple scratches. The second DO sustained scratches to left and right arm and has pain in the left knee.

12. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 13, 2025, Fredy Aureliano MORALES-RAMIREZ forcibly assaulted a Federal Officer and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __15__ day of August 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Fredy Aurelian Morales-Ramirez

**Case No**: 25-mj-8435-BER

Count#: 1
Forcibly assaulting a Federal Officer and inflicting bodily injury

18 U.S.C. §§ 111(a)(1) and (b)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.